JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: holly.walker@jacksonlewis.com

*Attorneys for Plaintiff Elko, Inc.
d/b/a Coach USA (NV)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; YOLANDA PEREZ; an individual; JOHN MONTGOMERY, an individual; MATTHEW KEIS, an individual; WTH COMMERCIAL SERVICES, LLC, a Delaware limited liability company; WYNNE TRANSPORTATION, LLC, a Delaware limited liability company; WYNNE TRANSPORTATION HOLDINGS, LLC, a Delaware limited liability company; COASTAL CREW CHANGE COMPANY, LLC, a Delaware limited liability company; MOUNTAIN CREW CHANGE COMPANY, a Delaware entity; GEMINI INVESTORS, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No.: 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Plaintiff Elko, Inc. d/b/a Coach USA (NV) ("Plaintiff" or "Coach Elko"), and Defendants Corey Peters ("Peters"), Yolanda Perez ("Perez"), John Montgomery ("Montgomery"), Matthew Keis ("Keis"), WTH Commercial Services, LLC ("WTHCS"), Wynne Transportation, LLC ("Wynne"), Wynne Transportation Holdings, LLC ("WTH"), Coastal Crew Change Company, LLC ("Coastal"), Mountain Crew Change Company ("Mountain"), and Gemini Investors, Inc. ("Gemini"), by and through their respective counsel of record, hereby stipulate and agree that

Defendants shall have up to and including March 7, 2022 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 3) based on the following:

1. Plaintiff's Complaint and Request for Injunctive Relief was filed on January 10, 2022. ECF No. 3.

2. Peters, Montgomery, WTHCS, WTH, Wynne, Coastal, and Gemini were served with the Summons and Complaint on January 12, 2022. ECF No. 24. The deadline for those defendants to answer or otherwise respond to the Complaint is February 2, 2022.

3. Perez and Mountain were served with the Summons and Complaint on January 13, 2022. *Id.* The deadline for those defendants to answer or otherwise respond to the Complaint is February 3, 2022.

4. Keis was served with the Summons and Complaint on January 14, 2022. *Id.* The deadline for Keis to answer or otherwise respond to the Complaint is February 4, 2022

5. Currently, Plaintiff is evaluating the Court's Order regarding Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 31) and determining next steps. In conjunction therewith, the Parties expect to engage in discussions regarding the resolution of certain claims against certain Defendants. As such, the Parties have agreed to extend the time for all Defendants to answer or otherwise respond to the Complaint to March 7, 2022. In doing so, the Parties wish to conserve not only their respective time and resources, but the Court's as well, as a resolution as to some of the Defendants will obviate the need for an answer or other response to be filed.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. This Stipulation and Order is sought in good faith and not for the purpose of delay.

DATED this 1st day of February, 2022.

| JACKSON LEWIS P.C. | NAYLOR & BRASTER |
|---|---|
| /s/ *Joshua A. Sliker* | /s/ *John M. Naylor* |
| JOSHUA A. SLIKER, ESQ. | JOHN M. NAYLOR, ESQ. |
| Nevada Bar No. 12493 | Nevada Bar No. 5435 |
| HOLLY E. WALKER, ESQ. | BENJAMIN B. GORDON, ESQ. |
| Nevada Bar No. 14295 | Nevada Bar No. 15552 |
| 300 S. Fourth Street, Suite 900 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89145 |

*Attorneys for Plaintiff Elko, Inc.*

*Attorneys for Defendants Corey Peters and Yolanda Perez*

HOLLAND & HART LLP

/s/ *Jon T. Pearson*
GREGORY S. GILBERT, ESQ.
Nevada Bar No. 6310
JON T. PEARSON, ESQ.
Nevada Bar No. 10182
BRIAN D. DOWNING, ESQ.
Nevada Bar No. 14510
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants WTH Commercial Services, LLC, Wynne Transportation, LLC, Wynne Transportation Holdings, LLC, Coastal Crew Change Company, LLC, Mountain Crew Change Company, Gemini Investors, Inc., John Montgomery, and Matthew Keis*

**ORDER**

IT IS SO ORDERD.

February 2, 2022
Dated                         United States Magistrate Judge