Gregory S. Gilbert
Nevada Bar No. 6310
Jon T. Pearson
Nevada Bar No. 10182
Brian D. Downing
Nevada Bar No. 14510
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
bddowning@hollandhart.com

*Counsel for Defendant Wynne Transportation Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; YOLANDA PEREZ, an individual; JOHN MONTGOMERY, an individual; MATTHEW KEIS, an individual; WTH COMMERCIAL SERVICES, LLC, a Delaware limited liability company; WYNNE TRANSPORTATION, LLC, a Delaware limited liability company; WYNNE TRANSPORTATION HOLDINGS, LLC, a Delaware limited liability company; COASTAL CREW CHANGE COMPANY, LLC, a Delaware limited liability company; MOUNTAIN CREW CHANGE COMPANY, a Delaware entity; GEMINI INVESTORS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO (A) ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT; (B) EXTEND THE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS; AND (C) CHANGE CASE CAPTION** |

1

## STIPULATION

Plaintiff Elko, Inc. (d/b/a Coach Elko), and Defendants Corey Peters and Wynne Transportation Holdings, LLC ("WTH Holdings") stipulate as follows:

1. Coach Elko's Complaint and Request for Injunctive Relief was filed on January 10, 2022. (ECF No. 3)

2. The parties stipulated to extend the deadline for Peters, Wynne Transportation, and other named defendants to answer or otherwise respond to the Complaint to March 7 because Coach Elko was evaluating the Court's Order regarding its motion for injunctive relief, and determine whether certain claims or parties should be dismissed. (ECF No. 36, ¶ 5)

3. On February 25, Coach Elko voluntarily dismissed without prejudice its claims against Defendant Yolanda Perez, John Montgomery, Matthew Keis, WTH Commercial Services, LLC, Wynne Transportation, LLC, Coastal Crew Change Company, LLC, Mountain Crew Change Company, and Gemini Investors, Inc. (ECF No. 47) Thus, the only remaining defendants named in this action are Peters and WTH Holdings.

4. Coach Elko has expressed a desire to amend its Complaint to focus its claims and issues to the remaining parties—Peters and WTH Holdings. (ECF No. 48) The parties have agreed that it is more efficient and a better use of judicial resources for Peters and WTH Holdings to file their respective responsive pleading 14 days after an amended Complaint is filed by Coach Elko.

5. Coach Elko's ability to amend its Complaint without seeking leave has passed. *See* Fed. R. Civ. P. 15(a). But Peters and WTH Holdings stipulate to allow Coach Elko to file an amended Complaint against Peters and WTH Holdings. The parties have agreed that Coach Elko will file its amended Complaint within 14 days after entry of the Order approving this Stipulation. Once an amended Complaint is filed, Peters and WTH Holdings will have 14 days to file their respective responsive pleading.

6. Because Coach Elko has voluntarily dismissed certain defendants without prejudice, the remaining parties also stipulate that the caption in this matter be changed to remove the dismissed defendants as follows:

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; and WYNNE TRANSPORTATION HOLDINGS, LLC,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB |

**IT IS SO STIPULATED**.

Dated: March 25, 2022

/s/ *Jon T. Pearson*
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant*
*Wynne Transportation Holdings, LLC*

/s/ *John M. Naylor*
John M. Naylor
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

*Counsel for Defendant*
*Corey Peters*

/s/ *Joshua Sliker*
Joshua Sliker
JACKSON LEWIS PC
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Counsel for Plaintiff Elko, Inc.*

[Order On Next Page]

3

# ORDER

Having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is **APPROVED**.

2. Leave to file an amended Complaint is **GRANTED**.

3. Plaintiff Elko, Inc. shall file its amended Complaint against Defendants Corey Peters and Wynne Transportation Holdings, LLC within 14 days of entry of this Order.

4. Within 14 days after the filing of the amended Complaint, Defendants Corey Peters and Wynne Transportation Holdings, LLC shall file their respective answer or otherwise respond to the amended Complaint.

5. The Clerk of the Court is directed to change the caption to reflect the remaining parties to this lawsuit as indicated in paragraph 6 above.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 28, 2022