JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: holly.walker@jacksonlewis.com

*Attorneys for Plaintiff Elko, Inc.*
*d/b/a Coach USA (NV)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; WYNNE TRANSPORTATION HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | Case No.: 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT WYNNE TRANSPORTATION HOLDINGS, LLC'S MOTION TO DISMISS (ECF No. 53)**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Elko, Inc. d/b/a Coach USA (NV) ("Plaintiff" or "Coach Elko"), and Defendants Corey Peters ("Peters") and Wynne Transportation Holdings, LLC ("WTH"), by and through their respective counsel of record, hereby stipulate and agree that Plaintiff shall have an extension up to and including May 16, 2022, in which to respond to WTH's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 53). This Stipulation is submitted and based upon the following:

　　　　1.　　Plaintiff's First Amended Complaint was filed on April 11, 2022. ECF No. 51. Peters filed his Answer to Plaintiff's First Amended Complaint on April 25, 2022. ECF No. 52.

　　　　2.　　WTH filed its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") on April 25, 2022. ECF No. 53.

　　　　3.　　The deadline for Plaintiff to respond to the Motion to Dismiss is currently May 9, 2022. Plaintiff's counsel was recently out of the office ill. Due to this and the obligations of Plaintiff's counsel in other matters, the parties have agreed to extend the time for Plaintiff to respond

to WTH's Motion to Dismiss by seven (7) days, up to and including **May 16, 2022**. Any reply will be filed within seven (7) days of Plaintiff's response.

4. This is the first request for an extension of time for Plaintiff to respond to WTH's Motion to Dismiss.

5. This request is made in good faith and not for the purpose of delay.

DATED this 6th day of May, 2022.

| JACKSON LEWIS P.C. | NAYLOR & BRASTER |
|---|---|
| /s/ *Joshua A. Sliker* | /s/ *John M. Naylor* |
| JOSHUA A. SLIKER, ESQ. | JOHN M. NAYLOR, ESQ. |
| Nevada Bar No. 12493 | Nevada Bar No. 5435 |
| HOLLY E. WALKER, ESQ. | BENJAMIN B. GORDON, ESQ. |
| Nevada Bar No. 14295 | Nevada Bar No. 15552 |
| 300 S. Fourth Street, Suite 900 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89145 |
| *Attorneys for Plaintiff Elko, Inc.* | *Attorneys for Defendant Corey Peters* |

HOLLAND & HART LLP

/s/ *Jon T. Pearson*
GREGORY S. GILBERT, ESQ.
Nevada Bar No. 6310
JON T. PEARSON, ESQ.
Nevada Bar No. 10182
BRIAN D. DOWNING, ESQ.
Nevada Bar No. 14510
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant Wynne Transportation Holdings, LLC*

## ORDER

IT IS SO ORDERED.

May 6, 2022
Dated                          United States District Judge