Gregory S. Gilbert
Nevada Bar No. 6310
Jon T. Pearson
Nevada Bar No. 10182
Brian D. Downing
Nevada Bar No. 14510
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
gsgilbert@hollandhart.com
jtpearson@hollandhart.com
bddowning@hollandhart.com

*Counsel for Defendant*
*Wynne Transportation Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; and WYNNE TRANSPORTATION HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WYNNE TRANSPORTATION HOLDINGS, LLC TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO DISMISS**<br><br>**(First Request)**<br><br>Related ECF No. 53 |

## STIPULATION

Plaintiff Elko, Inc. d/b/a Coach USA (NV) ("Coach Elko"), and Defendants Corey Peters ("Peters") and Wynne Transportation Holdings, LLC ("Holding Company") stipulate and agree that Holding Company shall have an extension up to and including May 30, 2022, in which to file its reply in support of the motion to dismiss Coach Elko's First Amended Complaint ("Motion to Dismiss"). (ECF No. 53) This Stipulation is based on the following:

1. Coach Elko's First Amended Complaint was filed on April 11, 2022. (ECF No. 51) Peters filed his Answer to Coach Elko's First Amended Complaint on April 25, 2022. (ECF No. 52)

1

2. Holding Company filed a Motion to Dismiss on April 25. (ECF No. 53)

3. Coach Elko filed its response in opposition to the Motion to Dismiss on May 16. (ECF Nos. 57–60)

4. The deadline for Holding Company to file a reply in support of the Motion to Dismiss is currently May 23. Holding Company's counsel has had to address some emergency filings in other matters and will also be out of town for a deposition. Because of his schedule, Holding Company requested a seven-day extension to file the reply, and the parties have agreed to that extension. Holding Company's reply in support of the Motion to Dismiss will now be filed by May 30, 2022.

5. This is the first request for an extension of time for Holding Company to file a reply in support of the Motion to Dismiss.

6. This request is made in good faith and not for the purpose of delay.

Dated: May 18, 2022.

/s/ *Joshua A. Sliker*
Joshua A. Sliker
Holly E. Walker
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Elko, Inc.*

/s/ *John M. Naylor*
John M. Naylor
Benjamin B. Gordon
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant Corey Peters*

/s/ *Brian D. Downing*
Jon T. Pearson
Brian D. Downing
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant Wynne Transportation Holdings, LLC*

/ / /

/ / /

2

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 19, 2022

3