Gregory S. Gilbert
Nevada Bar No. 6310
Jon T. Pearson
Nevada Bar No. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
gsgilbert@hollandhart.com
jtpearson@hollandhart.com

*Counsel for Defendant WTH Commercial Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; and WTH COMMERCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT WTH COMMERCIAL SERVICES, LLC TO FILE RESPONSIVE PLEADING** |

### Stipulation

Plaintiff Elko, Inc. (d/b/a Coach Elko), and Defendant WTH Commercial Services, LLC stipulate as follows:

1. Coach Elko's Second Amended Complaint and Request for Injunctive Relief was filed on April 5, 2023. (ECF No. 72)

2. Peters filed a responsive pleading on April 19, 2023. (ECF No. 75)

3. The deadline for WTH Commercial to file a responsive pleading to the Complaint is currently May 1, 2023. WTH Commercial's counsel has had to address filings in other matters and has had back-to-back trials over the last three weeks. Because of his schedule, WTH Commercial is requesting a two-week extension to file the responsive pleading, and Coach Elko

1

has agreed to that extension. WTH Commercial's response to the Second Amended Complaint and Request for Injunctive Relief will now be due by May 15, 2023.

4. This is the first request for an extension of time for WTH Commercial to file a responsive deadline to the Second Amended Complaint and Request for Injunctive Relief.

5. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: April 28, 2023

| /s/ *Joshua A. Sliker* | /s/ *Jon T. Pearson* |
|---|---|
| Joshua A. Sliker | Jon T. Pearson |
| JACKSON LEWIS P.C. | HOLLAND & HART LLP |
| 300 S. Fourth Street, Suite 900 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| *Counsel for Plaintiff Elko, Inc.* | *Counsel for Defendant WTH Commercial Services, LLC* |

### ORDER

Having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is **APPROVED**.

2. Defendant WTH Commercial's responsive pleading to Second Amended Complaint and Request for Injunctive Relief with be due on May 15, 2023.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2023