Gregory S. Gilbert
Nevada Bar No. 6310
Jon T. Pearson
Nevada Bar No. 10182
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
gsgilbert@hollandhart.com
jtpearson@hollandhart.com

*Counsel for Defendant WTH Commercial Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; and WTH COMMERCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT WTH COMMERCIAL SERVICES, LLC TO FILE A REPLY IN SUPPORT OF THE MOTION TO DISMISS**<br><br>**(First Request)** |

### Stipulation

Plaintiff Elko, Inc. (d/b/a Coach Elko), and Defendant WTH Commercial Services, LLC stipulate as follows:

1. WTH Commercial moved to dismiss Coach Elko's Second Amended Complaint and Request for Injunctive Relief on May 15, 2023. (ECF No. 80) Coach Elko filed its response in opposition on May 30 (ECF No. 85), and WTH Commercial's reply is due on June 6.

2. Because of some personal and professional commitments, WTH Commercial's counsel needs a few more days before submitting the reply brief. The parties have thus agreed that WTH Commercial's reply brief will now be due on Friday, June 9, 2023.

3. This is the first request for an extension of time for WTH Commercial to file its reply in support of the motion to dismiss.

4. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: June 6, 2023

/s/ *Joshua A. Sliker*
Joshua A. Sliker
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Counsel for Plaintiff Elko, Inc.*

/s/ *Jon T. Pearson*
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant WTH Commercial Services, LLC*

## ORDER

Having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED** that:

1. The Stipulation is **APPROVED**.

2. Defendant WTH Commercial's reply in support of the motion to dismiss will be due on June 9, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____june 8, 2023_____

### CERTIFICATE OF SERVICE

I certify that on June 6, 2023, an accurate copy of the **Stipulation And Order To Extend The Deadline For Defendant WTH Commercial Services, LLC To File a Reply in Support of the Motion to Dismiss** was served by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Joshua Sliker
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Counsel for Plaintiff
Elko, Inc.*

John M. Naylor
Benjamin B. Gordon
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

*Counsel for Defendant
Corey Peters*

/s/ *Valerie Larsen*
An employee of Holland & Hart LLP