Bryce Kunimoto
Nevada Bar No. 7781
Robert J. Cassity
Nevada Bar No. 9779
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 fax
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Counsel for Defendant*
*WTH Commercial Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELKO, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREY PETERS, an individual; and WTH COMMERCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:22-cv-00015-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Elko Inc. and Defendants WTH Commercial Services, LLC and Corey Peters (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

1. The Parties have entered into a settlement that resolves all claims between the parties in this matter.

/ / /

/ / /

/ / /

/ / /

1

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties stipulate and agree that this case should be dismissed with prejudice, with each side to bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: May 24, 2024.

**HOLLAND & HART LLP**

/s/ Robert J. Cassity
Bryce Kunimoto
Robert J. Cassity
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Defendant
WTH Commercial Services, LLC*

Dated: May 24, 2024.

**JACKSON LEWIS P.C.**

/s/ Joshua Sliker
Joshua Sliker
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Counsel for Plaintiff Elko, Inc.*

Dated: May 24, 2024.

**NAYLOR & BRASTER**

/s/ John M. Naylor
John M. Naylor
10100 West Charleston Boulevard, Suite 120
Las Vegas, Nevada 89145

*Counsel for Defendant Corey Peters*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 24, 2024